UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 07-80618-CIV-HURLEY/HOPKINS

VICTORIA MAGALDI,
      **Plaintiff,**

v.

SAFECO INSURANCE CO. OF AMERICA,
      **Defendant.**

_____/

ORDER ADOPTING MAGISTRATE JUDGE'S
REPORT AND RECOMMENDATION
<u>and ENTERING FINAL JUDGMENT ON COSTS</u>

    **THIS CAUSE** is before the court upon the defendant's Safeco Insurance Company of America's motion to tax costs [DE# 86]. This matter was previously referred to United States Magistrate Judge James Hopkins, pursuant to 28 U.S.C. §§ 636-39 and Rule 72 of the Federal Rules of Civil Procedure, for a recommended disposition.

    On May 21, 2009, Magistrate Judge Hopkins filed his Report and Recommendation on the motion to tax costs [DE# 86], to which the defendant has filed partial objection pertaining to exclusion from recovery of $290.53 in copying costs [DE# 87].

    Having carefully reviewed the Magistrate Judge's report and recommendation, providing *de novo* review as to those portions of the report as to which objection has been lodged, the court finds the recommended disposition of Magistrate Judge Hopkins to be sound and well-reasoned and accordingly shall adopt it here.

1

Case No.:  07-80618-CIV-HURLEY
Order Adopting Magistrate's Report and Recommendation

It is therefore **ORDERED** and **ADJUDGED**:

1.     Magistrate Judge Hopkins May 21,  2009 Report and Recommendation
       [DE# 86]  is  **ADOPTED** and **INCORPORATED** as if fully set forth herein.

2.     The defendant's  motion to tax costs [DE# 80, 84] is  **GRANTED**.

3.     It is accordingly **ADJUDGED** that  the  defendant, **SAFECO INSURANCE
       COMPANY OF AMERICA,** shall  recover from plaintiff, **VICTORIA
       MAGALDI,** the total sum of **$902.75** in costs, which sum  shall bear interest
       at the rate prescribed by 28 U.S.C. § 1961 from the date of entry of this
       judgment, for which let execution issue.

       **DONE** and **SIGNED**  in Chambers at  West Palm Beach, Florida this 29th  day of   June,

2009.

                              _____
                                   Daniel T. K. Hurley
                                   United States District Judge

Copies furnished to:

United States Magistrate Judge James Hopkins
all counsel

2